## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CRYSTAL THOMAS TAYLOR,

    Plaintiff,

v.                                                  Case No.  8:07-cv-1370-T-30TBM

CITY OF BARTOW, CHRISTOPHER
THOMAS HOLLE and MATT CROMARTIE,

    Defendants.
_____/

### ORDER OF DISMISSAL

       The Court has been advised via a Mediation Report (Dkt. #28) and Notice of Settlement (Dkt. #29) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

       **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

       **DONE** and **ORDERED** in Tampa, Florida on May 2, 2008.

                                                                          */s/ James S. Moody, Jr.*
                                                                     JAMES S. MOODY, JR.
                                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1370.dismissal 29.wpd