UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CRYSTAL THOMAS TAYLOR,

    Plaintiff,

vs.

CITY OF BARTOW,
CHRISTOPHER THOMAS HOLLE
and MATT CROMARTIE,

    Defendant.

_____/

CASE NO: 8:07-cv-01370

This motion/petition/stipulation has been duly considered and is hereby GRANTED, this 19 day of MAY, 2008.

_____
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, CRYSTAL THOMAS TAYLOR and Defendants CITY OF BARTOW, CHRISTOPHER THOMAS HOLLE and MATT CROMARTIE, by and through undersigned attorneys, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and would file this stipulation of dismissal with prejudice of the above referenced action, the cause having been settled amicably. It is stipulated this cause shall be dismissed with prejudice, with all parties to bear their own fees and costs.

DATED: 4/24/08

_____
JOSEPH R. FLOOD, JR., Esquire
Dean Ringers Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, FL 32802
Phone:    407.422.4210
Facsimile:    407.422.4210
Florida Bar No. 0361593
tim@kbpclaw.com
Attorney for Defendants

DATED: 5/12/08

_____
TIMOTHY O. COYLE, Esquire
Kelly, Brush, Pujol & Coyle, P.A.
825 E. Main Street
Lakeland, FL 33801
Phone:    863.603.0563
Facsimile:    863.603.0884
Florida Bar No. 0956368
jflood@drml-law.com
Attorney for Plaintiff